

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00518-CV

**PAVING & SEAL PRO** and Courtnay Brooks,
Appellants

v.

**MCCONNELL CARS & RV, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18929
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on August 15, 2016. The clerk's and reporter's records are due September 14, 2016. Neither has been filed. Despite the fact that the record has not been filed, appellant filed its appellant's brief on August 16, 2015. As no appellate record has been filed yet, appellant's brief does not include references to the appellate record. *See* TEX. R. APP. P. 38.1. Appellant's brief is STRICKEN. Further, appellant's brief is not yet due. Appellant's brief will be due thirty days "after the later of: (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed." *See id.* 38.6(a). Appellant has stated in the docketing statement filed with this Court that there was not a reporter's record taken in this case, nor was one requested. Therefore, appellant brief will be due thirty days after the clerk's record is filed. *See id.*

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court